| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF IDAHO |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Argo Company, Inc

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
82-0487822

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **507 Grandview Drive** | **PO Box 463** |
| **Twin Falls, ID 83301** | **Twin Falls, ID 83303-0463** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Twin Falls** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  argocompany.com

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Argo Company, Inc**_____    Case number (*if known*)_____
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor __Argo Company, Inc_____   Case number (*if known*)_____
     Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

    **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|
| | | | ■ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>■ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>■ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Argo Company, Inc**                                                            Case number (*if known*)
     Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 29, 2016**
              MM / DD / YYYY

**X /s/ Brent V. Trappen**                                                  **Brent V. Trappen**
Signature of authorized representative of debtor         Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Brent T. Robinson**                              Date **July 29, 2016**
Signature of attorney for debtor                              MM / DD / YYYY

**Brent T. Robinson**
Printed name

**Robinson & Tribe**
Firm name

**615 H Street**
**P.O. Box 396**
**Rupert, ID 83350-0396**
Number, Street, City, State & ZIP Code

Contact phone  **(208) 436-4717**       Email address

**1932**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Argo Company, Inc |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| On Deck Commercial Loan Dept<br>1400 Broadway<br>New York, NY 10018 | Matt Dobel<br><br>(212) 634-4266 | Capital / Operating Loan | | | | $128,822.72 |
| Costco Wholesale / Citi Visa Retail Services<br>P.O. Box 60148<br>City Of Industry, CA 91716-0148 | (855) 378-6468 | Supplies | | | | $43,763.07 |
| Costco Wholesale / Citi Visa Retail Services<br>P.O. Box 60148<br>City Of Industry, CA 91716-0148 | (855) 378-6468 | Supplies | | | | $35,721.19 |
| Sanmar<br>PO Box 34060<br>Seattle, WA 98124-1060 | Chris<br><br>(800) 346-3369 | Clothing Supplier | | | | $31,302.48 |
| GM Mastercard Capital One Card Services<br>PO Box 60507<br>City of Industry, CA 91716-0507 | (800) 374-0001 | Misc. Operating Expenses | | | | $20,839.46 |
| D. L. Evans Bank Visa<br>P.O. Box 1188<br>Burley, ID 83318 | (727) 570-4899 | Operating Expenses | | | | $18,972.73 |
| Advertising Specialty<br>PO Box 15017<br>Wilmington, DE 19886-5017 | (515) 251-6321 | Software Program | | | | $4,923.60 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor **Argo Company, Inc**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **D. L. Evans Bank Visa** P.O. Box 1188 Burley, ID 83318 | (727) 570-4899 | **Operating Expenses** | | | | $4,846.88 |
| **S & S Activewear LLC** 8089 Solutions Center Chicago, IL 60677-8000 | (800) 523-2155 | **Clothing Supplier** | | | | $4,067.83 |
| **D. L. Evans Bank Visa** P.O. Box 1188 Burley, ID 83318 | (727) 570-4899 | **Operating Expenses** | | | | $3,862.89 |
| **D. L. Evans Bank Visa** P.O. Box 1188 Burley, ID 83318 | (727) 570-4899 | **Operating Expenses** | | | | $1,458.97 |
| **ALPI International** 1685 34th Street Oakland, CA 94608 | (510) 655-6456 ext 110 | **Promotion Products Supplier** | | | | $1,421.31 |
| **ETS Express Inc** 420 South Lombard Street Oxnard, CA 93030 | (805) 278-7771 | **Promotional Products Supplier** | | | | $1,319.58 |
| **Allen Company** PO Box 217 Blanchester, OH 45107-0217 | (800) 783-2491 | **Promotion Products Supplier** | | | | $1,258.35 |
| **Advantage Industries** 3540 109th Street Urbandale, IA 50322 | (515) 251-6321 | **Pomotional Products Supplier** | | | | $1,088.49 |
| **Otto International** 3550-A East Jurupa Street Ontario, CA 91761 | (800) 826-8903 | | | | | $914.60 |
| **The Wow Line** 141 Eileen Way Syosset, NY 11791 | | | | | | $865.10 |
| **Tri-Mountain** 4889 4th Street Baldwin Park, CA 91706 | | | | | | $522.80 |
| **Stouse Inc** 300 New Century Parkway New Century, KS 66031 | | | | | | $504.17 |

Debtor **Argo Company, Inc**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **D. L. Evans Bank Visa**<br>**P.O. Box 1188**<br>**Burley, ID 83318** | | **Operating Expenses** | | | | $497.89 |

# United States Bankruptcy Court
## District of Idaho

In re  **Argo Company, Inc**                                Case No.
                      Debtor(s)                              Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 29, 2016**                      Signature  **/s/ Brent V. Trappen**
                                                        **Brent V. Trappen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Idaho

In re  **Argo Company, Inc**                                    Case No.
                                    Debtor(s)                   Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 29, 2016**                    **/s/ Brent V. Trappen**
                                             **Brent V. Trappen**/**President**
                                             Signer/Title

Advantage Industries
3540 109th Street
Urbandale, IA 50322

Cooler Graphics
1130 Sheldon Road
Channelview, TX 77530

Leed's
3095 Solutions Center
Chicago, IL 60677-3000

Advertising Specialty
PO Box 15017
Wilmington, DE 19886-5017

Costco Wholesale / Citi Visa
Retail Services
P.O. Box 60148
City Of Industry, CA 91716-0148

Nuno, a Kolder Company
PO Box 730954
Dallas, TX 75373-0954

Allen Company
PO Box 217
Blanchester, OH 45107-0217

D. L. Evans Bank
P.O. Box 1188
Burley, ID 83318

On Deck
Commercial Loan Dept
1400 Broadway
New York, NY 10018

Alpha/Border/NES/Imprints
PO Box 100635
Pasadena, CA 91189-0635

D. L. Evans Bank Visa
P.O. Box 1188
Burley, ID 83318

Oralabs, Inc
PO Box 5165
Denver, CO 80217

ALPI International
1685 34th Street
Oakland, CA 94608

ETS Express Inc
420 South Lombard Street
Oxnard, CA 93030

Otto International
3550-A East Jurupa Street
Ontario, CA 91761

Bic Graphic USA
PO Box 406079
Atlanta, GA 30384-6079

GM Mastercard
Capital One Card Services
PO Box 60507
City of Industry, CA 91716-0507

Outdoor Cap Company Inc
PO Box 1000
Dept 150
Memphis, TN 38148-0150

Black Diamond Group Inc
400 Trade Center 128, # 2990
Woburn, MA 01801

Goldstar
PO Box 847641
Dallas, TX 75284-7641

Richardson Cap Company
PO Box 71130
Springfield, OR 97477

Brent Trappen
PO Box 463
Twin Falls, ID 83303-0463

Idaho State Tax Commission
Bankruptcy Division
P.O. Box 36
Boise, ID 83722-2302

S & S Activewear LLC
8089 Solutions Center
Chicago, IL 60677-8000

Carhartt Inc
PO Box 35182
Seattle, WA 98124-5182

Internal Revenue Service
Centralized Insolvency Dept
P.O. Box 7346
Philadelphia, PA 19114-7346

Sanmar
PO Box 34060
Seattle, WA 98124-1060

Continental Marketing
15381 East Proctor Avenue
City of Industry, CA 91745

Internal Revenue Service
Insolvency Division
550 West Fort Street Ste 300
Boise, ID 83724

Stouse Inc
300 New Century Parkway
New Century, KS 66031

The Wow Line
141 Eileen Way
Syosset, NY 11791


Thinc Actionwear Inc
4611 SE 26th Avenue
Portland, OR 97202


Tri-Mountain
4889 4th Street
Baldwin Park, CA 91706


U. S. Attorney's Office
MK Plaza, Plaza IV
800 Park Boulevard Suite 600
Boise, ID 83712-9903


Visa Card Services
P.O. Box 30495
Tampa, FL 33630


Visa Card Services
P.O. Box 30131
Tampa, FL 33630-3131


Vitronic Promotional Group
4680 Parkway Drive Ste 200
Mason, OH 45040

# United States Bankruptcy Court
## District of Idaho

In re  **Argo Company, Inc**  
                            Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Argo Company, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| July 29, 2016 | /s/ Brent T. Robinson |
| Date | **Brent T. Robinson** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Argo Company, Inc** |
| | **Robinson & Tribe** |
| | **615 H Street** |
| | **P.O. Box 396** |
| | **Rupert, ID 83350-0396** |
| | **(208) 436-4717 Fax:(208) 436-6804** |